# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2307

_____

Jeremiah J. Kerby,                            *
                                              *
              Appellant,                       *
                                              *    Appeal from the United States
        v.                                     *    District Court for the
                                              *    Northern District of Iowa.
United States of America,                      *
                                              *    [UNPUBLISHED]
              Appellee.                         *

_____

Submitted: October 9, 2009
Filed: October 21, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jeremiah J. Kerby appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion. Having carefully reviewed the matter, we conclude Kerby's § 2255 motion is untimely and equitable tolling is not warranted. Thus, we summarily affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.